# Exhibit 2

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| Claim 1.1 An avatar rendering system for rendering a facial expression of a user, comprising: | As highlighted below, Neuroelectrics' Enobio EEG system, available in 8, 20, and 32-channel configurations, discloses software/API support for BCI and neurofeedback applications, real-time signal visualization, and 2D/3D animation software, including Neurosurfer. The available evidence further indicates that the Enobio system may be used to acquire EMG-related signals and interface with a graphical/avatar rendering in VR environment. Accordingly, Enobio appears to support an avatar/graphical rendering framework relevant to this limitation. However, the current evidence does not clearly disclose a complete facial-expression avatar-rendering pipeline in which a classified facial expression derived from processed EMG signals is blended with a basic avatar face shape to form and render a blended avatar.<br><br>**Product Related Information Below:**<br><br> |

1

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
|  | <br><br>https://www.neuroelectrics.com/products/research/enobio |

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| |
https://cdn2.hubspot.net/hub/181943/file-2231431196-pdf/docs/NewENOBIO.pdf?t=1418739819848 |

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| Claim 1.2 an apparatus comprising a plurality of EMG (electromyography) electrodes configured for contact with a face of said user; and | As highlighted below, the Enobio product page describes Enobio 8/20/32 as EEG systems with proprietary dry and wet electrodes. The product brochure states that Enobio provides faithful reproduction of EEG, EOG, EMG, and ECG signals. This supports that the Enobio hardware can acquire EMG-type biosignals. However, Enobio is primarily presented as an EEG headset/cap, and the current evidence does not clearly show a plurality of EMG electrodes configured specifically for contact with the user's face. |

4

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| | The Enobio kit includes a complete headset with a medium-sized cap and gelled electrodes, as well as the NIC software and the API. Additionally, you may also order the following accessories: <br><br> • Dry electrodes for the scalp that allow to work without gel. <br> • Extra caps with different sizes (L, M or S) or for kids. <br> • Earclip for easier reference channels connection. <br> • TTL hardware trigger adapter for ERP-like applications. <br> • MatNIC toolkit for remote control from Matlab. <br> • ECG extension cable. <br><br> https://cdn2.hubspot.net/hub/181943/file-2231431196-pdf/docs/NewENOBIO.pdf?t=1418739819848 <br><br> **Enobio® EEG systems** <br> Wireless medical grade EEG systems for high precision EEG monitoring <br><br> 96 /100  \| 784 Citations <br><br> https://www.neuroelectrics.com/products/research/enobio |

6

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| |  https://neurobotics.ru/assets/theme/downloads/NE_UM_P1_Enobio_2.4_UM003E_03_2019.pdf |
| Claim 1.3 a computational device configured with instructions operating thereon to cause the computational device to: | Enobio provides a software/API environment for integrating raw signals into investigational applications. It also supports real-time EEG analysis, TCP/IP raw data streaming, OpenViBE, BCI2, LSL markers, and software tools. This maps to a computational device configured with executable instructions. https://www.neuroelectrics.com/products/research/enobio |

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| | *1.2.2. Electroencephalogram System "Enobio"*<br><br>Enobio is a wearable, modular and wireless electrophysiology sensor system for monitoring brain activity (EEG) [8]. In the Enobio platform (Fig. 1), a feature extractor computes the Fourier Transform and extracts the frequency power of several bands in real time. In order to identify relevant EEG features for detecting stress in VR, a study was undertaken [9]. The experimental setup consisted having the subject performing different tasks designed to induce psychological stress (i.e. exposing the participant to a fake blood sample). During the execution of these tasks, EEG was recorded with Biosemi 32 channel. For every single pair of symmetrical EEG channels, alpha asymmetry and the alpha/beta ratio (for each channel in this case) were extracted. Alpha asymmetry is related with the valence dimension of emotions [10] while the beta/alpha ratio is related with the arousal dimension of emotions [11]. Statistical analysis of data collected from 12 participants showed that both beta-alpha ratio and alpha asymmetry were correlated to stress levels on each task [9]. An interesting feature of the Enobio system is its real-time capability. Not only all data processing steps, but also the fusion stages can be performed in real time, allowing continuous monitoring of stress levels during VR exposure.<br><br>**Figure 1.** The wireless EEG system "Enobio" |

8

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| | <br>**Figure 3.** Architecture of the Decision Support System.<br>https://www.researchgate.net/figure/The-wireless-EEG-system-Enobio_fig1_261734787 |

9

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| |  https://cdn2.hubspot.net/hub/181943/file-2231431196-pdf/docs/NewENOBIO.pdf?t=1418739819848 |
| Claim 1.4 process a plurality of EMG signals received from said EMG electrodes to form processed EMG signals; | The Enobio supports acquisition and processing of biosignals, including EMG according to the brochure. The system supports real-time signal visualization, time-frequency features, scalp maps, raw data streaming, and integration with BCI platforms. This supports processing of EMG-capable signal streams, but the product materials do not clearly show facial EMG processing specifically. |

10

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| |  https://cdn2.hubspot.net/hub/181943/file-2231431196-pdf/docs/NewENOBIO.pdf?t=1418739819848 |
| Claim 1.5 classify a facial expression according to said processed EMG using a classifier; | As mentioned below, Enobio supports BCI and raw signal integration, and the iMotions partnership links Neuroelectrics EEG hardware with an iMotions platform that includes facial expression analysis.<br><br>Further, the below research paper describes a user wearing the Enobio headset for signal acquisition, where the system receives EMG output signals and processes the acquired signals for subsequent analysis. This evidence supports that the Enobio system is capable of acquiring and processing EMG-related biosignals through the headset/electrode arrangement. |

11

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| |  iMotions provides software, hardware, and services to academics, neuromarketers, UX researchers, medical/health researchers, and Fortune 100 companies to elevate human behavior insights by using psychophysiological measurements from eye tracking, facial expression analysis, EEG, Galvanic Skin Response, ECG, EMG, integrated with self-report measurements from surveys. https://www.prnewswire.com/news-releases/imotions-and-neuroelectrics-partner-to-combine-innovative-eeg-solutions-with-supplementary-biometric-sensors-300530638.html |

12

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| |  **Figure 3.** Architecture of the Decision Support System. |

13

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| | As shown in Fig. 4, data processing in the decision module consists of a training phase and a test phase. In the training phase, the self-organizing map is trained to adapt itself to classify the given inputs. The loaded features, along with self- and clinical-reported stress levels, form the training set. For this purpose, the following psychological questionnaires are used immediately after virtual exposure: i) Visual Analogue Scale for Anxiety (VAS-A, self-rated by the patient); ii) State Anxiety Inventory Y1 (STAI-Y1, self-rated); iii) Cognitive Behavioral Checklist (clinical-rated). In this way, synaptic weights of networks internal connections are modified, with the help of a learning algorithm, in order to force the output to minimize the error with the presented example (the stress score obtained from these surveys). In the test phase, the fuzzified features are given as an input to the network. The ANN, adequately trained, is able to classify the given input in order to present a consequent output value. The value obtained (output of ANN), is the inferred stress level. When the decision module infers a new stress level value, this is uploaded again to the remote database (Fig. 2). Patient's  *1.3. Central Database and Decision Module*  Biosensor and activity data collected during VR sessions are filtered, pre-processed in order to extract specific stress-related features and sent to a central database, where they are linked by means of the timestamp information. The extracted features are handled by the analysis and decision module (DSS), which allows classifying the current stress level, after previous knowledge acquired during a training phase. The DSS application (installed and running on a remote machine in respect to the database),  https://www.researchgate.net/figure/The-wireless-EEG-system-Enobio_fig1_261734787 |
| Claim 1.6 blend a classified facial expression with a basic avatar shape to form a blended avatar; and | The paper discloses a Decision Support System (DSS) that uses machine-learning techniques to classify stress levels during VR exposure. It states that the DSS integrates biosensor data and behavioral data, follows a training process using self-rated and clinical-rated stress levels as ground truth, and uses fuzzy logic, artificial neural networks, and pattern classification algorithms.  Further, The Enobio brochure discloses optional Neurosurfer 2D/3D animation software integrated with immersive 3D VR Oculus. This supports a 3D/VR animation environment associated with Enobio |

14

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| | neurofeedback.  NEUROSURFER discloses 3D neurofeedback games, full game configuration including scenarios, rewarding points, sound, and music, and immersive 3D neurofeedback training using Oculus Rift/headphones. This improves the argument that Enobio/NeuroSurfer operates in a graphical/3D avatar-like environment. However, it still does not expressly disclose blending a classified facial expression with a basic avatar shape.<br><br><br><br>**Figure 3.** Architecture of the Decision Support System. |

15

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| | As shown in Fig. 4, data processing in the decision module consists of a training phase and a test phase. In the training phase, the self-organizing map is trained to adapt itself to classify the given inputs. The loaded features, along with self- and clinical-reported stress levels, form the training set. For this purpose, the following psychological questionnaires are used immediately after virtual exposure: i) Visual Analogue Scale for Anxiety (VAS-A, self-rated by the patient); ii) State Anxiety Inventory Y1 (STAI-Y1, self-rated); iii) Cognitive Behavioral Checklist (clinical-rated). In this way, synaptic weights of networks internal connections are modified, with the help of a learning algorithm, in order to force the output to minimize the error with the presented example (the stress score obtained from these surveys). In the test phase, the fuzzified features are given as an input to the network. The ANN, adequately trained, is able to classify the given input in order to present a consequent output value. The value obtained (output of ANN), is the inferred stress level. When the decision module infers a new stress level value, this is uploaded again to the remote database (Fig. 2). Patient's<br><br>*1.3. Central Database and Decision Module*<br><br>Biosensor and activity data collected during VR sessions are filtered, pre-processed in order to extract specific stress-related features and sent to a central database, where they are linked by means of the timestamp information. The extracted features are handled by the analysis and decision module (DSS), which allows classifying the current stress level, after previous knowledge acquired during a training phase. The DSS application (installed and running on a remote machine in respect to the database),<br><br>https://www.researchgate.net/figure/The-wireless-EEG-system-Enobio_fig1_261734787 |

16

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
|  | **Advanced Development Tools** <br> • Full API to build your own applications. <br> • Work with raw data. <br> • Visualize time-frequency 2D/3D features in real time (power spectrum, spectrogram, band features, scalp map…). <br> • OpenVibe, BCI2000 support. <br> • Send SW markers through LSL and HW markers through an external TTL trigger adapter. <br> • Neurosurfer - 2D/3D animation software for neurofeadback integrated with immersive 3D VR Oculus (optional). <br><br> https://cdn2.hubspot.net/hub/181943/file-2231431196-pdf/docs/NewENOBIO.pdf?t=1418739819848 |

17

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
| | <br><br>https://cdn2.hubspot.net/hub/181943/file-2233389377-pdf/docs/NEUROSURFER.pdf?t=1418738049738 |
| Claim 1.7 render said blended avatar. | The document expressly states that NEUROSURFER provides "simple and engaging neurofeedback training 3D games" and enables an "immersive 3D neurofeedback training scenario" using Oculus Rift. It also discloses visual feedback and online visualization tools. This supports rendering/visual display within a 3D/VR environment, although it does not specifically confirm rendering of a blended facial-expression avatar |

18

| U.S. Patent No. 11,709,548 B2 [Claim] | Neuroelectrics (Enobio 8, 20, 32) [Relevant Text / Images] |
|---|---|
|  |  https://cdn2.hubspot.net/hub/181943/file-2233389377-pdf/docs/NEUROSURFER.pdf?t=1418738049738 |

19